IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHNATHAN PINNEY                                                              PLAINTIFF
ADC# 173141

v.                              Case No. 4:19-cv-00510-KGB

STATE OF ILLINOIS, *et al*.                                                   DEFENDANTS

## ORDER

Plaintiff Johnathan Pinney filed in this district a *pro se* complaint alleging violations of 42 U.S.C. § 1983 (Dkt. No. 1). However, from the facts alleged and the defendants named, it appears that venue properly lies in the Northern District of Illinois. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Northern District of Illinois. 28 U.S.C. § 1406(a).

It is therefore ordered that the Clerk of the Court is directed to transfer immediately plaintiff's entire case file to the United States District Court for the Northern District of Illinois.

It is so ordered this 19th day of December, 2019.

                                                                          _____
                                                                          Kristine G. Baker
                                                                          United States District Judge